**SIGNED.**



**Dated: December 09, 2009**

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19933/1256013495

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Maria De Jesus Suarez and Jorge Suarez Villada<br>    Debtors.<br>_____<br>HSBC Bank USA, NA, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates Series 2005-AR3<br>    Movant,<br>  vs.<br><br>Maria De Jesus Suarez and Jorge Suarez Villada, Debtors; Lothar Goernitz, Trustee.<br><br>    Respondents. | No. 2:09-bk-17194-SSC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 42) |

This matter having come before the Court for a Preliminary Hearing on November 24, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, pro se, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated, **effective December 25, 2009,** as to

Movant with respect to that certain real property which is subject of a Deed of Trust dated April 15, 2005, and recorded on May 3, 2005, in the office of the Los Angeles County Recorder at 081033046 wherein HSBC Bank USA, NA, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates Series 2005-AR3 is the current beneficiary and Maria De Jesus Suarez and Jorge Suarez Villada have an interest in, further described as:

THE NORTHWEST 40 FEET OF THE SOUTHEASTERLY 109 FEET OF LOTS 1 AND 2 OF TRACAT NO. 3386, IN THE CITY OF LOS ANGELES, COUNTY O FLOS ANGELES, STATE OF CALIFORNIA , AS PER MAP RECORDED IN BOOK 38 PAGES 24 AND 25 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT